## Shorty BLAIR v. STATE.

No. 15283.

Court of Criminal Appeals of Texas.

April 27, 1932.

Alonzo Turner and K. H. Dally, both of Borger, and Lackey & Lackey, of Stinnett, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for robbery, punishment being five years in the penitentiary.

The record is here without statement of facts. No bills of exception are brought forward. Exception was reserved to the refusal of some special charges, but it is impossible to appraise them without knowing what evidence was in record.

The judgment is affirmed.

## M. T. BOYD v. STATE.

No. 15204.

Court of Criminal Appeals of Texas.

March 30, 1932.

See also 45 S.W.(2d) 215.

H. E. Lasseter, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for false entry upon the books of a bank; punishment, five years in the penitentiary.

The record is here without statement of facts or bills of exception. The matters of procedure appear regular.

The judgment will be affirmed.